**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 08-cr-00107-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     BEATRICE LOPEZ,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a supervised release violation hearing regarding Defendant Lopez is set **Wednesday, July 28, 2010 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: June 11, 2010