IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE Lewis T. Babcock

Criminal Action No.   08-cr-00107-LTB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

BEATRICE LOPEZ,

 Defendant.

___

ORDER EXONERATING BOND
___

  This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

  **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

  **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 23rd day of December, 2010.

BY THE COURT:

By:   s/Lewis T. Babcock
         UNITED STATES DISTRICT JUDGE
         DISTRICT OF COLORADO